Kevin J. Smith
SHEPPARD, MULLIN, RICHTER  & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 634-3052
Facsimile: (212) 653-8701
kjsmith@sheppardmullin.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

MICHAEL PERRONE,

                           Plaintiff,

                  v.

SAKS FIFTH AVENUE, A Division of Hudson's
Bay Company, and HUDSON'S BAY COMPANY,

                         Defendants.

--------------------------------------------------------------- x

Case No. _____

**NOTICE OF REMOVAL OF
ACTION PURSUANT TO
28 U.S.C. § 1332
(<u>DIVERSITY JURISDICTION</u>)**

      TO  THE  HONORABLE  JUDGES  OF  THE  UNITED  STATES  DISTRICT

COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND TO PLAINTIFF:

      **PLEASE  TAKE  NOTICE**  that  Defendants  SAKS  FIFTH  AVENUE  LLC

("Saks") and HUDSON'S BAY COMPANY ("HBC") (together, "Defendants"), by and through

their counsel, and subject to all of their defenses, including any and all Rule 12 defenses, hereby

provide notice of the removal to the United States District Court for the Southern District of New

York, of the following lawsuit filed May 31, 2017 in the Supreme Court of the State of New

York, County of New York: Michael Perrone v. Saks Fifth Avenue, A Division of Hudson's Bay

Company, and Hudson's Bay Company, Index No. 154999/2017.   The  instant  lawsuit  was

received by Defendants on July 7, 2017.  The following is a short, plain statement of the grounds for removal, pursuant to 28 U.S.C. § 1446(a).

## I.  DESCRIPTION OF THE ACTION

1.      The Plaintiff, Michael Perrone ("Plaintiff" or "Perrone"), a former employee of Saks, filed in the Supreme Court of the State of New York, New York County, a complaint pursuant to New York City Administrative Code § 8-101 et seq., for alleged age discrimination and retaliation arising out of his employment with and termination from Saks.  Plaintiff's Complaint seeks special damages, including loss of employment, back pay, future earnings, front pay, future bonuses, loss of a 401(k) match, and attorneys' fees. A copy of the Complaint is attached hereto as **Exhibit A**.

## II.      BASIS FOR REMOVAL (DIVERSITY JURISDICTION)

2.      Removal of the Plaintiff's complaint under 28 U.S.C. §§ 1332(a)(1) is appropriate because this Court has diversity jurisdiction because the parties are citizens of different States.  Plaintiff's Complaint alleges that Plaintiff resides in and is a citizen of New Jersey and Defendants are located in New York.  Saks has its principal place of business in New York and is incorporated in Delaware.  Defendant HBC is a Canadian corporation amalgamated under the *Canada Business Corporations Act* and has its principal place of business in Canada.

3.      Based upon the fact that the Complaint seeks special damages, including loss of employment, back pay, future earnings, front pay, future bonuses, loss of a 401(k) match, and attorneys' fees, Defendants estimate that Plaintiff's alleged damages and amount in controversy exceeds $75,000.00. *See* **Exhibit A** hereto.

## III.      THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER

4.      Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one that may be removed to this

Court pursuant to 28 U.S.C. §§ 1441 and 1446.  Venue is proper in the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1446 because the state court action is pending within the Supreme Court of the State of New York, New York County. In accordance with the requirements of  28 U.S.C. § 1446(a), a copy of the Complaint and all other papers received by Defendants in the state court action as of the filing of this Notice of Removal are attached hereto in **Exhibit A**.  This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Defendants received a copy of the initial pleading in this action.

5.    Without waiving any objections to personal jurisdiction, all Defendants consent to this removal.

## CONCLUSION AND REQUESTED RELIEF

For all of the reasons set forth above, without waiving any defenses to the claims asserted by Plaintiff, including personal jurisdiction, Defendants respectfully request that this Court proceed with this matter as if it had been originally filed herein.

Dated:  New York, New York  
       August 7, 2017

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:    _/s/ Kevin J. Smith_  
       Kevin J. Smith

30 Rockefeller Plaza  
New York, New York 10112-0015  
Telephone:  (212) 634-3052  
Facsimile:  (212) 653-8701  
Kjsmith@sheppardmullin.com

_Attorneys for Defendants_